BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-MC-00053-TLN-EFB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $237,600.00 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 9553734865, HELD IN THE NAME OF TRIPLE A'S SPORTING GOODS, and | |
| APPROXIMATELY $1,151.96 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 3445818432, HELD IN THE NAME OF ARIS C. TOLEDO, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Aris C. Toledo ("claimant"), by and through their respective attorneys, as follows:

1. On or about March 1, 2013, claimant Aris C. Toledo filed a claim in the administrative forfeiture proceedings with the Internal Revenue Service - Criminal Investigation with respect to the Approximately $237,600.00 seized from Wells Fargo

1

Stipulation and Order to Extend Time

Bank Account Number 9553734865, held in the name of Triple A's Sporting Goods and Approximately $1,151.96 seized from Wells Fargo Bank Account Number 3445818432, held in the name of Aris C. Toledo, seized on or about January 3, 2013 (hereafter the "defendant funds").

2. The Internal Revenue Service - Criminal Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is currently May 30, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 29, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to

///
///
///
///
///

Stipulation and Order to Extend Time

obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to July 29, 2013.

Dated: 5/29/13                    BENJAMIN B. WAGNER
                                  United States Attorney

                                  By: /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney


Dated: 5/29/13                    /s/ Dirk L. Manoukian
                                  DIRK L. MANOUKIAN
                                  Attorney for claimant Aris C. Toledo

                                  (Authorized by email)


**IT IS SO ORDERED**.

Dated:  June 11, 2013

_____
Troy L. Nunley
United States District Judge